UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2020
```

Elvis Jimenez,

            Plaintiff,

   –v–

Andrew Saul,

            Defendant.

20-cv-8421 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In an Order dated October 16, 2020, the Court directed the parties to meet and confer to discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge. Dkt. No. 8. The deadline to file either an executed consent form or a joint letter advising the Court that the parties do not consent was two weeks from the date on which Defendant noticed an appearance. *See id.* Counsel for Defendant filed a notice of appearance on November 19, 2020. Dkt. No. 14. However, the Court is not in receipt of either a consent form or joint letter. The parties are hereby ordered to file either an executed consent form or a joint letter, as described in the Court's October 16, 2020 Order, on or before December 21, 2020. The parties are advised that they are free to withhold consent without negative consequences. This Order does not alter the deadlines set forth in any of the Court's scheduling orders.

SO ORDERED.

Dated: December 7, 2020
       New York, New York

*Alison J. Nathan*

_____
ALISON J. NATHAN
United States District Judge