**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
ELVIS JIMENEZ,

                Plaintiff,                20 **CIVIL** 8421 (AJN)(RWL)

    -v-                             **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons
stated in the Court's Stipulation and Order dated June 22, 2021, that the decision of the
Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby
is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C.
405(g), for further administrative proceedings, including offering plaintiff the opportunity for a
new hearing.

**Dated:** New York, New York
       June 23, 2021

                                 **RUBY J. KRAJICK**
                            _____
                               **Clerk of Court**
              **BY:**    K. Mango
                            _____
                               **Deputy Clerk**